IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:12-CR-03002-1-BCW |
| | ) | |
| RUSTY MANN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendation (Doc. #23) denying Defendant's Motion to Suppress Evidence (Doc. #17). Defendant filed objections to the Report and Recommendation (Doc. #27). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge England's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED Magistrate Judge England's Report and Recommendation (Doc. #27) be attached to and made part of this Order, and Defendant's Motion to Suppress Evidence (Doc. #17) is DENIED.

IT IS SO ORDERED.

DATED: July 23, 2013                 /s/ Brian C. Wimes
                                                  JUDGE BRIAN C. WIMES
                                                  UNITED STATES DISTRICT COURT